THE STATE OF OHIO, APPELLEE, *v.* JEFFERS, APPELLANT.

[Cite as *State v. Jeffers* (1999), 87 Ohio St.3d 253.]

(No. 98–2225—Submitted November 3, 1999—Decided December 1, 1999.)

*Joseph T. Deters,* Hamilton County Assistant Prosecuting Attorney, and *Philip R. Cummings,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

THE STATE OF OHIO, APPELLANT, *v.* BUGERT, APPELLEE.

[Cite as *State v. Bugert* (1999), 87 Ohio St.3d 253.]

(No. 98–2475—Submitted November 3, 1999—Decided December 1, 1999.)

*Julia R. Bates,* Lucas County Prosecuting Attorney, and *Eric A. Baum,* Assistant Prosecuting Attorney, for appellant.

*Alan S. Konop,* for appellee.

The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.